DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BETSY LEE TURNER,**
Appellant,

v.

**THE CADLE COMPANY,**
Appellee.

No. 4D2025-2465

[February 12, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, Judge; L.T. Case No. 50-2025-CA-001645-XXXA-MB.

David P. Reiner, II, of Reiner & Reiner, P.A., Miami, for appellant.

Richard B. Storfer of Lorium Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***